**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

UNITED STATES OF AMERICA                                                                       PLAINTIFF

vs.                                                        CIVIL ACTION NO. 3:07-CV-528 HTW-LRA

HORACE A. CROSBY                                                           DEFENDANT

**DISMISSAL ORDER**

This cause came on an ore tenus Motion of the United States Attorney to dismiss any pending proceeding in this cause because the defendant cannot be found in the Southern District of Mississippi, as shown by the return of the United States Marshal filed in this cause.

The Court having considered the motion is of the opinion and so finds as follows:

The complaint filed in this case is dismissed and the Clerk is hereby directed to close the case.

**ORDERED AND ADJUDGED this 30th day of January, 2008.**

                                                    **s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**